IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WENMIN CHEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20 cv 1787 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | |
| THE CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

/s Torreya L. Hamilton
Torreya L. Hamilton
Attorney for plaintiff, Wenmin Chen
Hamilton Law Office, LLC.
53 W. Jackson Blvd, Suite 620
Chicago, IL 60604
(312) 726-3173
Attorney No. 6229397

DATE: 7/29/24

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

Mary B. Richardson-Lowry
Corporation Counsel
Attorney for defendant City of Chicago

Caroline Fronczak
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-5126
Attorney No. 6284817
DATE: 7/30/2024

_____
Jessica Griff
Attorney for defendants, David Perez,
Penny Szeto, Brian Ortiz, John Mosquera
Chief Assistant Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-2826
Attorney No. 6309134
DATE: 7/30/2024

_____
Scott Cohen
Attorney for defendant, Andy Moy
Assistant Corporation Counsel Supervisor
2 North LaSalle Street, Suite 420
Chicago, IL 60602
(312) 744-2568
Attorney No. 6292577
DATE: 7/30/2024

_____
Jordan Yurchich
Attorney for defendants, Danny Stover and
Timothy Murphy
Assistant Corporation Counsel Supervisor
2 North LaSalle Street, Suite 420
Chicago, IL 60602
(312) 744-1625
Attorney No. 6307379
DATE: 7/31/2024