# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Wenmin Chen

                      Plaintiff,

v.                                                   Case No.: 1:20–cv–01787
                                                          Honorable Sharon Johnson Coleman

City of Chicago, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 2, 2024:

        MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to the stipulation to dismiss [147], this case is dismissed without prejudice and with each side to bear its own costs and attorneys' fees. If no motion to reinstate is filed by 10/16/2024, the dismissal shall automatically convert to one with prejudice with no further action by the Court. Status hearing set for 9/16/2024 is stricken. Civil case terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.